IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CRISTIN BORN and JESSICA CHAUHAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGREXION TELESERVICES, INC.,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-cv-00107<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

    IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of Defendant and against plaintiff Mark Weimer.

    **SO ORDERED** this 29th day of September 2020.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge